IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JACK DONALDSON, *individually and for others similarly situated*, | § § § | |
| Plaintiff, | § § | |
| v. | § § | 1:20-CV-358-RP |
| WENCO INTERNATIONAL MINING SYSTEMS, LTD., | § § § | |
| Defendant. | § § | |

**FINAL JUDGMENT**

On March 25, 2021, the Court granted the parties joint motion for approval of settlement and dismissal of claims. (Order, Dkt. 25). The Court also ordered the parties to file a redacted version of their settlement agreement within 14 (fourteen) days of the entry of the Court's order approving of it should they wish to keep portions of the settlement agreement confidential. (*Id.* at 6). The parties did not file a redacted settlement agreement. On April 9, 2021, the Court inadvertently omitted a Final Judgment order. As nothing remains to resolve, the court renders Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that the case is **CLOSED**.

**SIGNED** on August 16, 2021.

ROBERT PITMAN
UNITED STATES DISTRICT JUDGE